**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL
NEEDS PLANNING ATTORNEYS

ANDREW CUDDY
MANAGING ATTORNEY

BENJAMIN KOPP
ASSOCIATE ATTORNEY
BKOPP@CUDDYLAWFIRM.COM
DIRECT DIAL 315-207-5584

January 13, 2021

Hon. Paul G. Gardephe
40 Foley Square, Room 2204
New York, NY 10007

Re:  *A.R., on behalf of R.R-F., a child with a disability v. New York City Dept. of Educ.*
Case No. 1:20-cv-1874

Dear Hon. Gardephe:

Per the Court's Order at Docket Entry 26, the parties write jointly to inform the Court on the status of their settlement discussions and respectfully request an adjournment of the currently scheduled January 14, 2021 (9:45 a.m.) telephone conference, to February 16, 2021.

The Order at Docket Entry 26, as discussed at the December 17, 2020 telephone conference, contemplated the possibility that tomorrow's telephone conference may not be necessary. Counsel for the parties have continued discussions, are about $1,000.00 apart on the remaining issue, and are confident that this may be resolved for the entirety of the matter (including the administrative process, federal component, and associated attorney's fees) if the parties are given this additional time.

Thank you for your continued attention to this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp

cc:  Copatrick Thomas
Assistant Corporation Counsel
(via electronic mail and ECF)

Memo Endorsed: The telephone conference scheduled for January 14, 2021 is adjourned to February 18, 2021 at 9:30 a.m.  By 12:00 noon on February 17, 2021, the parties will submit a joint letter updating the Court as to the status of their settlement negotiations

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: January 13, 2021