# CUDDY LAW FIRM, PLLC
## SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

ANDREW CUDDY
MANAGING ATTORNEY

BENJAMIN KOPP
ASSOCIATE ATTORNEY
bkopp@cuddylawfirm.com
DIRECT DIAL 315-207-5584

> Memo Endorsed: The telephone conference scheduled for February 18, 2021 is adjourned to March 18, 2021 at 9:00 a.m.
>
> SO ORDERED.
>
> _Paul G. Gardephe_
> Paul G. Gardephe
> United States District Judge
> Dated: February 17, 2021

February 17, 2021

Hon. Paul G. Gardephe
40 Foley Square, Room 2204
New York, NY 10007

Re:   *A.R., on behalf of R.R-F., a child with a disability v. New York City Dept. of Educ.*
      Case No. 1:20-cv-1874

Dear Hon. Gardephe:

Per the Court's Order at Docket Entry 28, the parties write jointly to inform the Court on the status of their settlement discussions and respectfully request an adjournment of the currently scheduled February 18, 2021 (9:30 a.m.) telephone conference, to March 18, 2021.

The Court previously contemplated the possibility that such telephone conference may not be necessary. Counsel for the parties have continued discussions, and have now reached an agreement, in principle, for which settlement papers are currently being drafted. The parties are confident that their agreement can be finalized within 30 days. Accordingly, the parties respectfully request a further adjournment of the telephone conference, from February 18, 2021 to March 18, 2021, with the expectation that the parties' agreement will be finalized by March 18, 2021 and this action will be voluntarily withdrawn shortly thereafter. If the parties' agreement is finalized, the parties will immediately notify the Court. If the parties are unable to finalize their agreement, then they will request that the Court proceed with the teleconference.

Thank you for your continued attention to this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp


cc:   Copatrick Thomas
      Assistant Corporation Counsel
      (via electronic mail and ECF)