# CUDDY LAW FIRM, PLLC
## SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

ANDREW CUDDY
MANAGING ATTORNEY

BENJAMIN KOPP
ASSOCIATE ATTORNEY
BKOPP@CUDDYLAWFIRM.COM
DIRECT DIAL 315-207-5584

> Memo Endorsed: The telephone conference scheduled for March 18, 2021 is adjourned to April 22, 2021 at 9:15 a.m. The parties will provide the Court with a status update by April 20, 2021 at 12:00 noon.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
>
> Dated: March 17, 2021

March 17, 2021

Hon. Paul G. Gardephe
40 Foley Square, Room 2204
New York, NY 10007

Re:   A.R., on behalf of R.R-F., a child with a disability v. New York City Dept. of Educ.
      Case No. 1:20-cv-1874

Dear Hon. Gardephe:

The parties write jointly to inform the Court on the status of their settlement discussions and respectfully request an adjournment of the currently scheduled March 18, 2021 (9:00 a.m.) telephone conference, to April 15, 2021.

The Court previously contemplated the possibility that such telephone conference may not be necessary. Settlement papers have been drafted, and counsel in this action are waiting to see whether Defendant's internal agency counsel will accept the language of the papers. The parties are confident that their agreement can be finalized within 30 days. Accordingly, the parties respectfully request a further adjournment of the telephone conference, from March 18, 2021 to April 15, 2021, with the expectation that the parties' agreement will be finalized by April 15, 2021 and this action will be voluntarily withdrawn shortly thereafter. If the parties' agreement is finalized, the parties will immediately notify the Court. If the parties are unable to finalize their agreement, then they will request that the Court proceed with the teleconference.

Thank you for your continued attention to this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp


cc:   Copatrick Thomas
      Assistant Corporation Counsel
      (via electronic mail and ECF)