**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

ANDREW CUDDY
MANAGING ATTORNEY

BENJAMIN KOPP
ASSOCIATE ATTORNEY
BKOPP@CUDDYLAWFIRM.COM
DIRECT DIAL 315-207-5584

May 25, 2021

Hon. Paul G. Gardephe
40 Foley Square, Room 2204
New York, NY 10007

Re:   *A.R., on behalf of R.R-F., a child with a disability v. New York City Dept. of Educ.*
      Case No. 1:20-cv-1874

Dear Hon. Gardephe:

The parties write jointly to inform the Court on the status of their settlement discussions and respectfully request an adjournment of the currently scheduled May 27, 2021 (9:00 a.m.) telephone conference, to June 24, 2021.

The Court previously contemplated the possibility that such telephone conference may not be necessary. Settlement papers have been drafted, and it appears that language has been agreed upon between counsel and is acceptable to the Department of Education, and can be finally reviewed and potentially executed by the parties. Unfortunately, since the parties' last correspondence to the Court, Plaintiff has had to attend a funeral out of the country and fell ill shortly after her return. The parties are confident that their agreement can be finalized by June 24, 2021. Accordingly, the parties respectfully request a further adjournment of the telephone conference, from May 27, 2021 to June 24, 2021, with the expectation that the parties' agreement will be finalized by June 24, 2021 and this action will be voluntarily withdrawn shortly thereafter. If the parties' agreement is finalized, the parties will immediately notify the Court. If the parties are unable to finalize their agreement, then they will request that the Court proceed with the teleconference.

Thank you for your continued attention to this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp

cc:   Copatrick Thomas
      Assistant Corporation Counsel
      (via electronic mail and ECF)

**Memo Endorsed:** The telephone conference scheduled for May 27, 2021 at 9:00 a.m. is adjourned to June 24, 2021 at 9:00 a.m. The parties will provide the Court with a status update by June 22, 2021 at 12:00 noon.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: May 25, 2021